# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Oakridge Associates, LLC,

       Plaintiff,                    JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-145-DCK

Auto-Owners Insurance Company,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 4, 2011 Order.

                                        Signed: February 4, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court